IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODOLFO ORTEGA, JR., TDCJ #1522268, | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-17-1076 |
| ALAN T. EVANS, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order signed on this day, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(B)(ii). Plaintiff shall **TAKE NOTHING** on his claims.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 16 day of February, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE